Katherine R. Siegfried, SBN 250558
Law Office of Katherine Siegfried
1300 Clay St, Ste 600
Oakland, CA 94612
Ph: 510.465.0018 Fax: 510.217.3979
Email: kat@siegfriedlegal.com

Attorney for Plaintiff, LENORE BARTON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LENORE BARTON,<br>Plaintiff,<br>vs.<br>SSA COMMISSIONER,<br>Defendant. | Case No. 1:26-cv-07709-RMI<br>**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR AN EXTENSION OF TIME** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 15-day extension of time, from October 26, 2026 through November 10, 2026, for Plaintiff's Opening Brief.

This is Plaintiff's first request for an extension of time for this brief. Good cause exists for this extension. Plaintiff respectfully requests this additional time because counsel is a solo attorney and has recently taken over several cases for a colleague who is leaving practice due to a debilitating illness. This request is made in good faith and with no intention to unduly delay the proceedings. The brief will be filed as soon as possible.

Defendant does not oppose this request for an extension of time.

Respectfully submitted,

Dated: October 22, 2026 *__/s/ Katherine R. Siegfried__*

KATHERINE R. SIEGFRIED
Attorney for Plaintiff

Dated: October 22, 2026

CRAIG H. MISSAKIAN
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy

*/s/ Erin Highland* (*as authorized via email)
Erin Highland
Special Assistant U.S. Attorney

Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Katherine Siegfried, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

By

Katherine Siegfried

Attorney for the Plaintiff

ORDER

Pursuant to stipulation, Plaintiff's request for an extension of time of fifteen (15) days to file the Opening Brief in a Social Security matter is granted.

Dated: October 26, 2026

THE HONORABLE Robert M. Illman
United States Magistrate Judge